Michael Burshteyn (SBN 295320)
Marcelo Barros (SBN 339069)
Kristin O'Carroll (SBN 312902)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010
Michael.Burshteyn@gtlaw.com
Marcelo.Barros@gtlaw.com
Kristin.OCarroll@gtlaw.com

Attorneys for Plaintiff,
*Legacy Investments Holdings, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY INVESTMENTS HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>John Does 1-20,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF JULIA GOTTESMAN IN SUPPORT OF MOTION FOR EARLY DISCOVERY, ALTERNATIVE SERVICE, AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Courtroom: |

DECLARATION OF JULIA GOTTESMAN
ACTIVE 714647342v3

## DECLARATION OF JULIA GOTTESMAN

I, Julia Gottesman, declare as follows:

1.      I am a co-founder and investigator at zeroShadow, a Web3 security and investigation firm specializing in the analysis of the movement of digital assets across cryptocurrency exchanges and wallet addresses.  My company, zeroShadow was retained by Legacy Investments Holdings, LLC, to investigate the alleged misappropriation of assets by unknown hackers. I have personal knowledge of the facts set forth in this Declaration. If called and sworn as a witness, I could and would testify competently with respect thereto.

2.      I conducted an investigation into the theft of certain crypto-assets belonging to Legacy Worldwide Investments II, Ltd. ("Victim"), and resulting disbursement and laundering of digital assets stolen from Victim by the unidentified attacker Defendants involved in this action.

3.      Our investigation resulted in a finding that the unauthorized withdrawals were likely caused by ███████████████████████████████████████████ that the Victim claimed.  In order to trace the stolen funds, we reviewed public ledgers and mapped how funds were moved between addresses across various blockchains. The investigation demonstrated that on June 14, 2023, 26,197,176.6 USD Coin ("USDC") and 2,500,000 Tether ("USDT") was transferred from Victim's wallet to another platform in the following transaction:

| Date | Transaction ID |
|------|----------------|
| ███████████████ | ████████████████████████ |

4.      Further investigation revealed that the hackers moved the stolen funds from an █████ blockchain onto other layer two networks as shown below:

| Lending Contract Address | Blockchain | Position | Token Amount | USD Amount |
|--------------------------|------------|----------|--------------|------------|
| ████████████████████ | █████ | █████ | ████████ | ████████ |

CASE NO.
DECLARATION OF JULIA GOTTESMAN

ACTIVE 714647342v3

1

2

3

4

5

6

7

8

9

10

5.      On May 29, 2025 Plaintiff learned that the funds had been transferred to a

in the following initial transaction:

I declare under penalty of perjury of the laws of the United States of America that the foregoing is

true and correct and that this Declaration was executed on October 14, 2025, in Brooklyn, New York.

*Julia Gottesman*

Julia Gottesman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.

**DECLARATION OF JULIA GOTTESMAN**

ACTIVE 714647342v3